**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| GOOGLE LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>LATAM AIRLINES GROUP S.A. INC., et al.,<br><br>        Defendants. | Case No. 25-cv-04984-BLF<br><br>**PROVISIONAL ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION**<br><br>[Re: ECF No. 13] |

Before the Court is Plaintiff Google LLC's ("Plaintiff" or "Google") Motion for Preliminary Injunction, Dkt. No. 13 ("Mot"). Defendants LATAM Airlines Group S.A. Inc. and Tam Linhas Aereas S.A.'s (collectively, "Defendants" or "LATAM") filed a brief in opposition. Dkt. No. 30 ("Opp"). Plaintiff filed a reply in support of its motion. Dkt. No. 32 ("Reply"). The Court held a hearing on the motion on August 28, 2025. Dkt No. 40. As discussed on the record, the Court has determined that Google LLC has demonstrated its entitlement to a preliminary injunction. Due to the undersigned's unavailability over the next two weeks and the need for immediate relief, the Court issues this provisional order which will be augmented by a fully reasoned order as soon as possible. For the reasons set forth below, the Motion for Preliminary Injunction is GRANTED.

**I.   DISCUSSION**

An injunction is "an extraordinary remedy that may only be awarded upon a clear showing that the plaintiff is entitled to such relief." *Winter v. Nat. Res. Def. Council, Inc.*, 555 U.S. 7, 22 (2008) (citation omitted). A plaintiff seeking preliminary injunctive relief "must establish [1] that he is likely to succeed on the merits, [2] that he is likely to suffer irreparable harm in the absence of preliminary relief, [3] that the balance of equities tips in his favor, and [4] that an injunction is

1   in the public interest." *Id.* at 20. "If a plaintiff can only show that there are serious questions

2   going to the merits—a lesser showing than likelihood of success on the merits—then a preliminary

3   injunction may still issue if the balance of hardships tips sharply in the plaintiff's favor, and the

4   other two Winter factors are satisfied." *Friends of the Wild Swan v. Weber*, 767 F.3d 936, 942 (9th

5   Cir. 2014) (internal alterations and citations omitted).

6       For the reasons articulated in Plaintiff's Motion for a Preliminary Injunction and stated on

7   the record by the Court at the hearing, the Court finds that Google is likely to succeed on the

8   merits of its claims that the Global Removal Order violates Section 230 of the Communications

9   Decency Act, the First Amendment to the United States Constitution, and the SPEECH Act, and

10  trespasses on international comity. *See* Mot. at 6–16. The Court notes that Defendants do not

11  contest any of these claims. *See* Opp. at 1. The Court also finds that Plaintiff is likely to suffer

12  irreparable harm absent preliminary relief, that the balance of equities tips in Plaintiff's favor, and

13  that an injunction is in the public interest.

## II.   ORDER

The Court adopts the proposed language submitted by Plaintiff and reviewed by Defendants. ECF. No. 42.

NOW THEREFORE, LATAM Airlines Group S.A. Inc. and Tam Linhas Aereas S.A. are HEREBY ENJOINED FROM:

1. Enforcing or in any way attempting to enforce the orders from the Superior Court of Justice in Brazil dated December 3, 2024; March 21, 2025; and June 23, 2025, or any subsequent orders issued by the Superior Court of Justice in Brazil in this dispute that would affect the availability of the Testimonial Videos[1] in the United States (collectively, the "Global Removal Order"), in any court in or of the United States of America;

2. Enforcing or in any way attempting to enforce or seek penalties for any alleged failure to comply with the Global Removal Order in any court in or of the Federative Republic of

---

[1]   (1) https://www.youtube.com/watch?v=DJzYDz0rBTM;
     (2) https://www.youtube.com/watch?v=FbcSyq-NQHI

Brazil in any manner that would affect the availability of the Testimonial Videos in the United States.

A reasoned order will follow.

**IT IS SO ORDERED.**

Dated:  August 29, 2025

_____
BETH LABSON FREEMAN
United States District Judge